**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

VANESSA RAMETTA PACHECO,　§
*Petitioner*　§
　§
　§
v.　§　　Case No.  SA-26-CA-01407-XR
　§
WARDEN OF THE KARNES COUNTY　§
IMMIGRATION PROCESSING CENTER,　§
DIRECTOR MIGUEL VERGARA, SAN
ANTONIO FIELD OFFICE DIRECTOR,
ICE ENFORCEMENT AND REMOVAL
OPERATIONS DIVISION (ICE ERO),
TODD M. LYONS, ACTING DIRECTOR
OF U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,　KRISTI　NOEM,
SECRETARY, U.S. DEPARTMENT OF
HOMELAND　SECURITY,　U.S.
ATTORNEY GENERA PAMELA JO
BONDI,
*Respondents*

## ORDER FOR SERVICE

Before the Court is a Petition for Writ of Habeas Corpus (ECF No. 1).

It is hereby **ORDERED** that the Clerk of Court shall furnish the Office of the United

States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus

(ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same

documents shall constitute sufficient service of process on the Federal Respondents. *See* FED. R.

CIV. P. 4(i). Service should be directed to

> Stephanie Rico, Civil Process Clerk
> U.S. Attorney's Office, Western District of Texas
> 601 N.W. Loop 410, Suite 600
> San Antonio, Texas 78216.

It is **FURTHER ORDERED** that the Clerk of Court shall serve Respondent Warden

with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by

certified mail, return receipt requested, will constitute sufficient service of process. Service should be directed to

> Warden, Karnes County Immigration Processing Center
> 409 FM 1144
> Karnes City, TX 78118

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service.

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this March 11, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE