UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

VANESSA RAMETTA PACHECO,        §
*Petitioner*                    §
                                §
                                §
v.                              §        Case No.  SA-26-CA-01407-XR
                                §
WARDEN OF THE KARNES COUNTY     §
IMMIGRATION PROCESSING CENTER,  §
DIRECTOR MIGUEL VERGARA, SAN
ANTONIO FIELD OFFICE DIRECTOR,
ICE ENFORCEMENT AND REMOVAL
OPERATIONS DIVISION (ICE ERO),
TODD M. LYONS, ACTING DIRECTOR
OF   U.S.   IMMIGRATION   AND
CUSTOMS  ENFORCEMENT,  KRISTI
NOEM,       SECRETARY,      U.S.
DEPARTMENT   OF   HOMELAND
SECURITY, U.S. ATTORNEY GENERA
PAMELA JO BONDI,
*Respondents*

## ORDER

On March 23, 2026, the Federal Respondents claimed that "Petitioner's detention is authorized by law because she has a final order of removal issued to her." ECF No. 7 at 2. They also indicated that she had a Motion to Reopen an *In Absentia* Order pending before an immigration judge. *Id.*

Public records suggest that Petitioner is no longer be detained. *See ICE Online Detainee Locator System*, U.S. Immig. & Customs Enf., https://locator.ice.gov/odls/#/search (last visited May 15, 2026) (listing no detention location for Petitioner). This Petition may therefore be moot. *See Nieto-Ramirez v. Holder*, 583 F. App'x 330, 332 (5th Cir. 2014) (unpublished) ("Nieto–Ramirez is no longer being detained by ICE. As a result, even if her claim had merit, this court could not effect the bond hearing that she seeks.").

1

The Federal Respondents are **ORDERED** to advise the Court no later than **May 20, 2026,** whether Petitioner remains detained.

It is so **ORDERED**.

**SIGNED** this May 15, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE