UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VANESSA RAMETTA PACHECO,<br>*Plaintiff*<br><br>v.<br><br>WARDEN OF THE KARNES COUNTY IMMIGRATION PROCESSING CENTER, DIRECTOR MIGUEL VERGARA, SAN ANTONIO FIELD OFFICE DIRECTOR, ICE ENFORCEMENT AND REMOVAL OPERATIONS DIVISION (ICE ERO), TODD M. LYONS, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. ATTORNEY GENERA PAMELA JO BONDI,<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.  SA-26-CA-01407-XR |

**ORDER**

On this date, the Court considered Vanessa Rametta Pacheco's Petition for a Writ of Habeas Corpus (ECF No. 1). Petitioner brought this action challenging the legality of her immigration detention. *See* ECF No. 1. She is no longer detained. ECF No. 11. The Court therefore lacks jurisdiction to proceed. *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) ("[T]he habeas relief [Petitioner] requests . . . can no longer be effected. No 'case or controversy' remains . . . ."); *Nieto-Ramirez v. Holder*, 583 F. App'x 330, 332 (5th Cir. 2014) ("Nieto–Ramirez is no longer being detained by ICE. As a result, even if her claim had merit, this court could not effect the bond hearing that she seeks.").

Because the Court has been advised of Petitioner's status, the Federal Respondents need not file an advisory pursuant to the Court's Order of May 15, 2026 (ECF No. 12).

1

Petitioner's Motion to Dismiss (ECF No. 11) is **GRANTED**. The Petition (ECF No. 1) is **DENIED AS MOOT**.

A final judgment will issue separately.

It is so **ORDERED**.

**SIGNED** this May 18, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE